United States District Court
Southern District of Texas
**ENTERED**
October 11, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIA M. MENDOZA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-659 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on to be heard the Joint Stipulation of Dismissal with Prejudice of Plaintiff Maria M. Mendoza (hereinafter "Plaintiff") and Defendants Allstate Vehicle and Property Insurance Company and Jose Solis (hereinafter "Defendants") to dismiss any and all claims between or among them, with prejudice. Upon consideration of the Joint Stipulation, the Court is of the opinion that said Joint Stipulation should be, and hereby is, GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that: any and all claims of Plaintiff against Defendants are dismissed, with prejudice, to the rights of Plaintiff to re-file same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is DENIED.

SO ORDERED this 11th day of October, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge